**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7045**

JEROME ANDERSON,

                    Plaintiff - Appellant,

            v.

A. K. PRUITT, Captain of Person County Jail; SUSAN HORAN,
Nurse,

                    Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  N. Carlton Tilley,
Jr., Senior District Judge.  (1:08-cv-00246-NCT-PTS)

Submitted:  October 15, 2009          Decided:  October 21, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Anderson, Appellant Pro Se.  James R. Morgan, Jr., Robert
T. Numbers, II, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-
Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Anderson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Anderson v. Pruitt</u>, No. 1:08-cv-00246-NCT-PTS (M.D.N.C. filed May 21, 2009; entered May 22, 2009). We deny Anderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>